UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DEREL GABELEIN,<br><br>                              Defendant. | No. CR25-5166 DGE<br><br>DEMAND FOR DISCOVERY |

COMES NOW the Defendant herein, Derel Gabelein, by and through his attorney, Carrie Fulton-Brown, and herewith demands that the plaintiff provide this office with any and all discovery materials relative to the above referenced matter.

DATED this 10th day of September, 2025.

VINDICATE CRIMINAL LAW GROUP



Carrie Fulton-Brown, WSBA #43725
Attorney for Defendant

Demand for Discovery
Page 1 of 1

VINDICATE
CRIMINAL LAW GROUP
1201 Pacific Avenue, Suite 1503
Tacoma, WA 98402
Ph: 253-300-4762 / Fax: 253-512-1957