Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,
          Plaintiff,

    v.

DEREL GABELEIN,
          Defendant.

NO.   CR25-5166 DGE

UNOPPOSED MOTION TO TERMNATE THOMAS COE AS COUNSEL OF RECORD AND APPOINT NEW COUNSEL

Mr. Thomas Coe was appointed counsel of record for Mr. Derel Gabelein. Dkt. 258. Mr. Coe unexpectedly passed away on April 6, 2026. The undersigned counsel has assumed responsibility for notifying Mr. Coe's client of his passing and to move the Court to direct the CJA Administrator to appoint new counsel for Mr. Derel Gabelein.

Dated this 7th day of April, 2026.

_____
Peter Geisness, WSBA # 30897

This motion contains 55 words, in compliance with the local rules.

Unopposed Motion to Terminate Thomas Coe as Counsel of Record and Appoint New Counsel
*United States v. Derel Gabelein*, CR25-5166 DGE
Page - 1

THE GEISNESS LAW FIRM
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689