The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>AARON KNAPP,<br>Defendant. | NO. CR25-5166-DGE<br><br>WAIVER OF SPEEDY TRIAL |

I, Aaron Knapp, have been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment and the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq. I hereby knowingly, voluntarily, and with advice of counsel waive my right to a speedy trial and consent to the continuation of the June 15, 2026 trial date to April 7, 2027. I understand that if the Court accepts this waiver, it will exclude the time from the date of the Court's order up to the new trial in calculating the speedy trial expiration date.

DATED this 7th day of May, 2026.

Aaron Knapp, Defendant

Presented by:

Peter Geisness
Defense Counsel



THE GEISNESS LAW FIRM
506 2nd Avenue, Ste. 1400
Seattle, WA 98104
(206) 455 - 4689